UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| SWEET HARVEST FOODS, | |
|                Plaintiff, | |
|     v. | |
| UNITED STATES, | Before: Leo M. Gordon, Judge |
|                Defendant, | Consol. Court No. 22-00188 |
|     and | |
| AMERICAN HONEY PRODUCERS ASSOCIATION, and SIOUX HONEY ASSOCIATION, | |
|                Defendant-Intervenors. | |
| NATIONAL HONEY PACKERS & DEALERS ASSOCIATION (NHPDA), | |
|                Plaintiff, | |
|     v. | |
| UNITED STATES, | Court No. 22-00194 |
|                Defendant, | |
|     and | |
| AMERICAN HONEY PRODUCERS ASSOCIATION, and SIOUX HONEY ASSOCIATION, | |
|                Defendant-Intervenors. | |

Consol. Court No. 20-00188 and Court No. 22-00194                                  Page 2

## ORDER

Upon consideration of the Consent Motion for Consolidation filed by Plaintiff National Honey Packers & Dealers Association in Court No. 22-00194, all other papers and proceedings had in these actions; and upon due deliberation, it is hereby

**ORDERED** that the following actions, <u>Sweet Harvest Foods v. United States</u>, Consol. Court No. 22-00188, and <u>National Honey Packers & Dealers Assoc. v. United States</u>, Court No. 22-00194, are consolidated into <u>Sweet Harvest Foods v. United States</u>, Consol. Court No. 22-00188; and it is further

**ORDERED** that the U.S. International Trade Commission shall file the index to the administrative record in this consolidated action on or before Wednesday, September 21, 2022.

                                                                    /s/ Leo M. Gordon
                                                                Judge Leo M. Gordon

Dated: September 6, 2022
       New York, New York