# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| SWEET HARVEST FOODS, <br><br> *Plaintiff*, <br><br> and <br><br> EXPORT PACKERS COMPANY LIMITED, HONEY HOLDING I, LLP DBA HONEY SOLUTIONS, SUN-LAND TRADING, INC., NATIONAL HONEY PACKERS & DEALERS ASSOCIATION (NHPDA), <br><br> *Consolidated Plaintiffs*, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> *Defendant,* <br><br> and <br><br> AMERICAN HONEY PRODUCERS ASSOCIATION, and SIOUX HONEY ASSOCIATION, <br><br> *Defendant-Intervenors.* | Before: Leo M. Gordon, Judge <br><br> Consol. Case No. 22-00188 |

**ORDER**

Upon consideration of the Motion for Judgment on the Agency Record of Plaintiffs Sweet Harvest Foods, Export Packers Company Limited, Honey Holding I, DBA Honey Solutions, Sunland Trading, Inc., and National Honey Packers & Dealers Association ("Plaintiffs"), the responses thereto, and all other papers and proceedings in this case, it is hereby

**ORDERED** that Plaintiffs' Motion for Judgment on the Agency Record is granted; and it is further

**ORDERED** that this matter is remanded to the International Trade Commission for redetermination of the affirmative critical circumstances determination with respect to Vietnam as set forth in this Court's accompanying opinion.

**SO ORDERED**.

Date: _____  _____
New York, New York                                        JUDGE LEO M. GORDON

UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| SWEET HARVEST FOODS, <br> *Plaintiff*, <br> and <br> EXPORT PACKERS COMPANY LIMITED, HONEY HOLDING I, LLP DBA HONEY SOLUTIONS, SUNLAND TRADING, INC., NATIONAL HONEY PACKERS & DEALERS ASSOCIATION (NHPDA), <br> *Consolidated Plaintiffs*, <br> v. <br> UNITED STATES OF AMERICA, <br> *Defendant*, <br> and <br> AMERICAN HONEY PRODUCERS ASSOCIATION, and SIOUX HONEY ASSOCIATION, <br> *Defendant-Intervenors*. | Before: Leo M. Gordon, Judge <br><br> Consol. Case No. 22-00188 |

**PLAINTIFFS' MOTION FOR JUDGMENT ON THE AGENCY RECORD PURSUANT TO RULE 56.2**

Pursuant to Rule 56.2 of the Rules of this Court, Plaintiffs Sweet Harvest Foods, Export Packers Company Limited, Honey Holding I, DBA Honey Solutions, Sunland Trading, Inc., and National Honey Packers & Dealers Association ("Plaintiffs") hereby move for judgment on the agency record by the International Trade Commission (the "Commission") regarding the affirmative critical circumstances determination with respect to raw honey from Vietnam. *See* Raw Honey from Vietnam, Inv. No. 701-TA-1564 (Final), 87 Fed. Reg. 33,831 (June 3, 2022). As set forth in detail in the accompanying Memorandum of Law In Support of Motion for Judgment on the

Agency Record, the Commission's determination is not in accordance with law and is not unsupported by substantial evidence on the record. Consequently, judgment should be entered for Plaintiffs and this action should be remanded to the Commission for disposition consistent with the order and opinion of the Court.

A proposed order accompanies this Motion.

|  |  |
|---|---|
|  | Respectfully submitted, |
| December 19, 2022 | /s/ Gregory Husisian<br>Gregory Husisian<br>Jenlain C. Scott<br>Foley & Lardner LLP<br>3000 K Street, NW, Suite 600<br>Washington, D.C. 20007<br>(202) 672-5300 |
|  | Counsel for Sweet Harvest Foods, Export Packers Company Limited, Honey Holding I, LLP dba Honey Solutions, and Sunland Trading, Inc. |