UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE THE HONORABLE LEO M. GORDON, JUDGE

| | |
|---|---|
| SWEET HARVEST FOODS,<br><br>      Plaintiff,<br><br>EXPORT PACKERS COMPANY LIMITED, HONEY HOLDING I, LLP DBA HONEY SOLUTIONS, SUNLAND TRADING, INC., NATIONAL HONEY PACKERS & DEALERS ASSOCIATION (NHPDA),<br><br>      Consolidated Plaintiffs,<br><br>v.<br><br>UNITED STATES,<br><br>      Defendant,<br><br>and<br><br>AMERICAN HONEY PRODUCERS ASSOCIATION, SIOUX HONEY ASSOCIATION,<br><br>      Defendant-Intervenors. | Consol. Court No. 22-0188 |

## CONSOLIDATED PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Consolidated Plaintiff National Honey Packers & Dealers Association ("NHPDA") hereby appeals to the United States Court of Appeals for the Federal Circuit from this Court's final decision and judgment entered in this action on November 17, 2023.

Respectfully submitted,

 /s/ Gregory J. Spak
Gregory J. Spak
Jay C. Campbell
Ron Kendler
C. Alex Dilley

WHITE AND CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005
(202) 626-3600

January 16, 2024

Counsel to National Honey Packers & Dealers Association

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on this 16th day of January 2024, "CONSOLIDATED PLAINTIFF'S NOTICE OF APPEAL" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Gregory J. Spak
Gregory J. Spak